UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
AUG 04 2015


CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-50093 |
| Plaintiff, | INDICTMENT |
| vs. | Illegal Reentry after Deportation (8 U.S.C. § 1326(a)) |
| JESUS SERGIO GONZALEZ-CISNEROS, | |
| Defendant. | |

The Grand Jury charges:

On or about July 27, 2015, in the District of South Dakota, Jesus Sergio Gonzalez-Cisneros, an alien, after having been previously deported from the United States on or about November 4, 2014, through El Paso, Texas, was found in the United States in the District of South Dakota, said Defendant having not obtained the consent of the Secretary of the United States Department of Homeland Security and the Attorney General of the United States to apply for lawful admission into the United States, in violation of 8 U.S.C. § 1326(a).

A TRUE BILL:

NAME REDACTED

Foreperson

RANDOLPH J. SEILER
Acting United States Attorney

By: _____