AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
RAPID CITY, SD
2015 JUL 29 AM 10: 41

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>Jesus Sergio Gonzalez-Cisneros<br><br>*Defendant* | )<br>)<br>) Case No. 15-MJ-53<br>)<br>)<br>)<br>) |

**FILED**
AUG 24 2015
CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jesus Sergio Gonzalez-Cisneros                                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a); Illegal Re-entry after Deportation

Date:   07/29/2015

*Issuing officer's signature*

City and state:   Rapid City, SD

Katie Klein, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  08/04/2015  , and the person was arrested on *(date)*  08/18/2015
at *(city and state)*  Rapid City, South Dakota  .

Date:  08/18/2015

*Arresting officer's signature*

Kristi L. Howie, Deportation Officer
*Printed name and title*